1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
9
10   MICHAEL DESJARLAIS,
11          Plaintiff,                    No.  1:14-CV-03143-RHW
12          v.                            **ORDER GRANTING MOTION FOR REMAND**
13   CAROLYN W. COLVIN,
     Commissioner of Social Security
14   Administration,
15          Defendant.
16
        Before the Court is a Stipulated Motion for Remand, ECF No. 17. The
17
motion was heard without oral argument. Attorney D. James Tree represents
18
Plaintiff and Special Assistant United States Attorney Christopher J. Brackett
19
represents Defendant ("the Commissioner").
20
        The parties jointly move the Court for an order remanding the above-
21
captioned matter for further administrative proceedings. ECF No. 17 at 1. Based on
22
the agreement of the parties and the record, the Court finds good cause to grant the
23
stipulated motion for remand. Accordingly, the Commissioner's decision is
24
REVERSED and this matter is REMANDED for further administrative
25
proceedings pursuant to sentence four 42 U.S.C. § 405(g). On remand, the
26
Administrative Law Judge ("ALJ") will hold a *de novo* hearing in which Plaintiff
27
may raise any issue and submit additional evidence in support of his claim. The
28

**ORDER GRANTING MOTION FOR REMAND ~ 1**

ALJ will reevaluate all of the opinions of record, include those of Brent Packer, M.D., and give reasons for the weight assigned to each. The ALJ will then reassess the Plaintiff's residual functional capacity and, as appropriate, continue to steps four and five of the sequential evaluation, obtaining supplemental evidence from a vocational expert. Thereafter, the ALJ will issue a new decision. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED.**

2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.

3. The District Court Executive shall enter Judgment for Plaintiff and against Defendant.

4. All pending motions shall be terminated.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 1st day of July, 2015.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING MOTION FOR REMAND ~ 2**